UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
TOMMASO MONDELLI, FRANCISCO CALERO, :
LUIS CALLE, MARCOS FLORES, RENE JEREZ, LUIS :
MOROCHO, PRUDENCIO NAULA, HUGO :
NAULA, BIAGIO NICOLI, ALEX NIOLA, JEAN : 11 Civ. 4672 (GBD) (AJP)
CHARLES QUARRATO, and ALBINO SANCHEZ, :
on behalf of themselves and all others : CONSENT TO SUE
similarly situated, :
: COLLECTIVE ACTION
       Plaintiffs, :
: ECF CASE
  -against- :
:
:
GFB RESTAURANT CORP. d/b/a IL MULINO :
RESTAURANT, JERRY KATZOFF, and :
BRIAN GALLIGAN, :
:
       Defendants. :
------------------------------------------------------------------X

  I hereby consent to be a plaintiff in the case of *Tommaso Mondelli, et al. v. GFB Restaurant Corp. d/b/a Il Mulino Restaurant, et al.*, 11 Civ. 4672 (GBD) (AJP). I authorize the law firm of Berke-Weiss & Pechman LLP to represent me in this case.

Dated: 07/14/2011, 2011

      Signature: _____

      Name: TOMMASO MONDELLI