UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
TOMMASO MONDELLI, FRANCISCO CALERO,
LUIS CALLE, MARCOS FLORES, RENE JEREZ, LUIS
MOROCHO, PRUDENCIO NAULA, HUGO
NAULA, BIAGIO NICOLI, ALEX NIOLA, JEAN        11 Civ. 4672 (GBD) (AJP)
CHARLES QUARRATO, and ALBINO SANCHEZ,
on behalf of themselves and all others        CONSENT TO SUE
similarly situated,
                                              COLLECTIVE ACTION
                        Plaintiffs,
                                              ECF CASE
          -against-

GFB RESTAURANT CORP. d/b/a IL MULINO
RESTAURANT, JERRY KATZOFF, and
BRIAN GALLIGAN,

                        Defendants.
-----------------------------------------------------------------X

I hereby consent to be a plaintiff in the case of *Tommaso Mondelli, et al. v. GFB Restaurant Corp. d/b/a Il Mulino Restaurant, et al.*, 11 Civ. 4672 (GBD) (AJP). I authorize the law firm of Berke-Weiss & Pechman LLP to represent me in this case.

Dated: 7/14/11, 2011

Signature: [signed]

Name: Rene Jerez