UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
TOMMASO MONDELLI, FRANCISCO CALERO,         :
LUIS CALLE, MARCOS FLORES, RENE JEREZ, LUIS :
MOROCHO, PRUDENCIO NAULA, HUGO              :
NAULA, BIAGIO NICOLI, ALEX NIOLA, JEAN      :       11 Civ. 4672 (GBD) (AJP)
CHARLES QUARRATO, and ALBINO SANCHEZ,       :
on behalf of themselves and all others      :       CONSENT TO SUE
similarly situated,                         :
                                            :       COLLECTIVE ACTION
                        Plaintiffs,         :
                                            :       ECF CASE
        -against-                           :
                                            :
GFB RESTAURANT CORP. d/b/a IL MULINO        :
RESTAURANT, JERRY KATZOFF, and              :
BRIAN GALLIGAN,                             :
                                            :
                        Defendants.         :
-----------------------------------------------------------------X

I hereby consent to be a plaintiff in the case of *Tommaso Mondelli, et al. v. GFB Restaurant Corp. d/b/a Il Mulino Restaurant, et al.*, 11 Civ. 4672 (GBD) (AJP). I authorize the law firm of Berke-Weiss & Pechman LLP to represent me in this case.

Dated: 07-07-11, 2011

Signature: *Johnny Viola*

Name: *Johnny Viola*