UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
TOMMASO MONDELLI, FRANCISCO CALERO,
LUIS CALLE, MARCOS FLORES, RENE JEREZ, LUIS
MOROCHO, PRUDENCIO NAULA, HUGO
NAULA, BIAGIO NICOLI, ALEX NIOLA, JEAN
CHARLES QUARRATO, and ALBINO SANCHEZ,
on behalf of themselves and all others
similarly situated,

        Plaintiffs,

  -against-

GFB RESTAURANT CORP. d/b/a IL MULINO
RESTAURANT, JERRY KATZOFF, and
BRIAN GALLIGAN,

        Defendants.
-----------------------------------------------------------------X

11 Civ. 4672 (GBD) (AJP)

**CONSENT TO SUE**

**COLLECTIVE ACTION**

**ECF CASE**

  I hereby consent to be a plaintiff in the case of *Tommaso Mondelli, et al. v. GFB Restaurant Corp. d/b/a Il Mulino Restaurant, et al.*, 11 Civ. 4672 (GBD) (AJP). I authorize the law firm of Berke-Weiss & Pechman LLP to represent me in this case.

Dated: 07 / 14 / ? , 2011

      Signature: _Albino S Sanchez_

      Name: _Albino Juan Sanchez_