UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------------------------X

Tomasso Mondelli, on behalf of themselves and all others similarly
situated Francisco Calero, on behalf of themselves and all others
similarly situated Luis Calle, on behalf of themselves and all others
similarly situated Marcos Flores, on behalf of themselves and all
others similarly situated Rene Jerez, on behalf of themselves and
all others similarly situated Luis Morocho, on behalf of themselves
and all others similarly situated Prudencio Naula, on behalf of them-
selves and all others similarly situated Hugo Naula, on behalf of them-
selves and all others similarly situated Biagio Nicoli, on behalf of them-
selves and all others similarly situated Alex Niola, on behalf of them-
selves and all others similarly situated Jean Charles Quarrato, on behalf
of themselves and all others similarly situated Albino Sanchez, on behalf
of themselves and all others similarly situated
                         Plaintiff(s),

        -against-

GFB Restaurant Corp., doing business as Il Mulino Restaurant Jerry
Katzoff, Brian Galligan
                         Defendant(s).
---------------------------------------------------------------------------------X

TO:     The Attorney(s) for Plaintiff(s):

        This case has been designated an electronic case and has been assigned to this Court for all
purposes.  Counsel for all parties are required to promptly register as filing "USERS" in accordance with the
procedure for Electronic Case Filing.

        Counsel for all parties are hereby directed to attend a conference at the time and place fixed
below, for the purpose of Case Management and scheduling pursuant to Fed. R. Civ. P. 16.  You are
directed to furnish  all attorneys in this action with copies of this order and enclosures, and to furnish
chambers with a copy of any transmittal letter(s).  If you are unaware of the identity of counsel for any of the
parties, you must forthwith send a copy of the notice and rules to that party personally.

        An Initial pretrial conference will be held on **Thursday, September 1, 2011 at 9:30 a.m.** at the
United States District Courthouse, 500 Pearl Street, New York, New York, Courtroom 21D.

        No application for adjournment will be considered unless made within one week of the date of this
application.

        Enclosed is a proposed Case Management Plan and Scheduling Order, pursuant to Rules 16 and
26 (f) of the Federal Rules of Civil Procedure.  Counsel for all parties are directed to confer regarding the
proposed plan and order.  If the proposed schedule is agreeable to all parties, counsel shall sign and file
the enclosed plan and order with the Court seven (7) days before the date of the initial pretrial conference.
If counsel agrees that a different plan and schedule is appropriate, counsel shall sign and file a different
proposed plan and schedule for the court's consideration seven (7) days before the date of the pretrial
conference.  In the absence of agreement, the Court, after hearing from counsel, will order a Case
Management Plan and schedule at the conference.  Absent extraordinary circumstances, the Plan shall
provide that the case be ready for trial within six months.

        In addition to the matters covered in the Case Management Plan, counsel should also be prepared
to address at the conference the factual and legal bases for their claims or defenses, any issue as to
subject matter jurisdiction, and any other issue relevant to case management.

Dated: New York, New York
       July 14, 2011

                                SO ORDERED:

                                _____
                                GEORGE B. DANIELS
                                United States District Judge

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------------------------X

Tomasso Mondelli, on behalf of themselves and all others similarly
situated Francisco Calero, on behalf of themselves and all others
similarly situated Luis Calle, on behalf of themselves and all others
similarly situated Marcos Flores, on behalf of themselves and all
others similarly situated Rene Jerez, on behalf of themselves and
all others similarly situated Luis Morocho, on behalf of themselves
and all others similarly situated Prudencio Naula, on behalf of them-
selves and all others similarly situated Hugo Naula, on behalf of them-
selves and all others similarly situated Biagio Nicoli, on behalf of them-
selves and all others similarly situated Alex Niola, on behalf of them-
selves and all others similarly situated Jean Charles Quarrato, on be-
half of themselves and all others similarly situated Albino Sanchez, on
behalf of themselves and all others similarly situated
                                              Plaintiff

|  |
|---|
| 11cv4672(GBD) |
| <u>CIVIL CASE MANAGEMENT</u> |
| <u>PLAN AND SCHEDULING</u> |
| <u>ORDER</u> |

     v

GFB Restaurant Corp., doing business as Il Mulino Restaurant Jerry
Katzoff, Brian Galligan
                                              Defendant
------------------------------------------------------------------------------------------X

     After consultation with counsel for the parties, the following Case Management Plan is adopted.
This plan is also a scheduling order pursuant to Rules 16 and 26(f) of the Federal Rules of civil Procedure.

1.     No **Additional parties** may be joined after **November 3, 2011**.

2.     No amendment to the pleadings will be permitted after **November 3, 2011**

3.     Except for good cause shown, all **discovery** shall be commenced in time to be completed
by **December 1, 2011**. The court expects discovery to be completed within 90 days of
the first scheduling conference unless, after the expiration of that 90 days period, all
counsel stipulate that additional time (not to exceed 60 more days) is needed to complete
discovery. In such event, discovery may be extended by the parties on consent, without
application to the Court, provided the parties are certain they can still meet the discovery
completion date ordered by the Court. The discovery completion date shall not be
adjourned except upon a showing of extraordinary circumstances.

4.     **Dispositive motions** are to be served by **January 5, 2012**. Answering papers are to be
served within 14 days. Reply papers are to be served within seven (7) days. In the event
a dispositive motion is made, the date for submitting the Joint Pretrial Order shall be
changed from that shown herein to three(3) weeks from the decision on the motion. The
final pretrial conference shall be adjourned to a date four (4) weeks from the decision on
the motion.

5.     A final **pretrial conference** will be held on **February 2, 2012 at 9:30 a.m.**.

6.     The **Joint Pretrial Order** shall be filed no later than **February 9, 2012**. The requirements
for the pretrial order and other pretrial submissions shall be governed by the Court's
Individual Rules of Practice.

7.     **All motions and applications** shall be governed by the Court's Individual Rules of
Practice.

8. The parties shall be **ready for trial** within 48 hours, notice on or after **March 1, 2012**.  The estimated trial time is _____ days, and this is a (jury)(non-jury) trial.

9. The **Next Case Management Conference**  will be held on **December 1, 2011 at 9:30 a.m.**.

Dated: July 14, 2011
   New York, New York

SO ORDERED:

_____
George B. Daniels
United States District Judge

_____
Attorney for Plaintiff

_____
Attorney for Defendant