UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
TOMMASO MONDELLI, FRANCISCO CALERO,           :
LUIS CALLE, MARCOS FLORES, RENE JEREZ, LUIS   :
MOROCHO, PRUDENCIO NAULA, HUGO                :
NAULA, BIAGIO NICOLI, ALEX NIOLA, JEAN        :   11 Civ. 4672 (GBD) (AJP)
CHARLES QUARRATO, and ALBINO SANCHEZ,         :
on behalf of themselves and all others        :   CONSENT TO SUE
similarly situated,                           :
                                              :   COLLECTIVE ACTION
               Plaintiffs,                    :
                                              :   ECF CASE
        -against-                             :
                                              :
GFB RESTAURANT CORP. d/b/a IL MULINO          :
RESTAURANT, JERRY KATZOFF, and                :
BRIAN GALLIGAN,                               :
                                              :
               Defendants.                    :
------------------------------------------------------------------X

    I hereby consent to be a plaintiff in the case of *Tommaso Mondelli, et al. v. GFB Restaurant Corp. d/b/a Il Mulino Restaurant, et al.*, 11 Civ. 4672 (GBD) (AJP). I authorize the law firm of Berke-Weiss & Pechman LLP to represent me in this case.

Dated: 7/20/2011 , 2011

Signature: /s/ Luis Morocho

Name: Luis Morocho