| | |
|---|---|
| TOMMASO MONDELLI, ETAL, ON BEHALF OF THEMSELVES AND ALL OTHERS SIMILARY SITUATED<br><br>Plaintiff(s)<br><br>- against -<br><br>GFB RESTAURANT CORP. D/B/A IL MULINO RESTAURANT, ETAL<br><br>Defendant(s) | Index # 11 CIV 4672 (DANIELS)<br><br>Purchased July 7, 2011<br><br>**AFFIDAVIT OF SERVICE** |

STATE OF NEW YORK: COUNTY OF NEW YORK ss:

ANDRE MEISEL BEING DULY SWORN DEPOSES AND SAYS DEPONENT IS NOT A PARTY TO THIS ACTION, OVER THE AGE OF EIGHTEEN YEARS AND RESIDES IN THE STATE OF NEW YORK.

That on July 13, 2011 at 01:40 PM at

86 WEST 3RD STREET
NEW YORK, NY10012

deponent served the within SUMMONS AND COMPLAINT on GFB RESTAURANT CORP. D/B/A IL MULINO RESTAURANT therein named,

**CORPORATION** a DOMESTIC corporation by delivering thereat a true copy of each to TEELA NAKASSHIN personally, deponent knew said corporation so served to be the corporation described in said SUMMONS AND COMPLAINT as said Defendant and knew said individual to be the GENERAL AGENT thereof.

Deponent further states that he describes the person actually served as follows:

| Sex | Skin Color | Hair Color | Age (Approx.) | Height (Approx.) | Weight (Approx) |
|---|---|---|---|---|---|
| FEMALE | WHITE | BROWN | 30 | 5'6 | 140 |

That at the time of such service deponent knew the person so served as aforesaid to be the same person mentioned and described as the Defendant in this action.

Sworn to me on: July 15, 2011

RALPH MULLEN
Notary Public, State of New York
No. 01MU6238632
Qualified in New York County
Expires April 11, 2015

JOSEPH KNIGHT
Notary Public, State of New York
No. 01KN6178241
Qualified In New York County
Expires November 26, 2011

JONATHAN GRABER
Notary Public, State of New York
No. 01GR6156780
Qualified in New York County
Expires December 4, 2014

**ANDRE MEISEL**
License #: 1372356
Invoice #: 535449

UNITED PROCESS SERVICE, INC., 3RD FLOOR, 315 BROADWAY, NEW YORK, NY 10007 - (212) 619-0728